2012 OCT -4   A 11: 32

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                    )
                                             )
            Plaintiff,                   )
                                             )
        v.                                   )        2:10-CR-494-GMN-(GWF)
                                             )
MAURICIO LOPEZ,                              )
                                             )
            Defendant.                   )
_____     )

### ORDER OF FORFEITURE

      This Court found on March 7, 2012, that MAURICIO LOPEZ shall pay a criminal forfeiture money judgment of $206,522.90 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A). Order of Forfeiture, ECF No. 58.

      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MAURICIO LOPEZ a criminal forfeiture money judgment in the amount of $206,522.90 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

      DATED this _4th_ day of _October_, 2012.

_____
UNITED STATES DISTRICT JUDGE

**U.S. v. Mauricio Lopez**
**2:10-cr-00494-GMN-GWF**
**Restitution List**

US Bank                                            $252,072.06
U.S. Bank Corporate Security
Recovery and Restitution payments
PO Box 650
Milwaukee, WI 53278-0650
re: 6830016777